UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS JR, <br><br> Plaintiff, <br><br> v. <br><br> STEVE SINCLAIR, <br><br> Defendant. | CASE NO. C12-2176 MJP <br><br> ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation;
2. Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED;
3. This matter is DISMISSED without prejudice in accordance with standing bar orders, *see In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982); and

ORDER OF DISMISSAL- 1

1   4.  The Court DENIES Petitioner's motion to consolidate (Dkt. No. 7), as the motion fails to

2       assert a sufficient factual basis to consolidate his other petitions.

3   5.  The Clerk shall send a copy of this Order to plaintiff and to Judge Theiler.

4       Dated this 6th day of February, 2013.

       *Marsha J. Pechman*
       Marsha J. Pechman
       Chief United States District Judge

ORDER OF DISMISSAL- 2